UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:21-CR-070-D

UNITED STATES OF AMERICA )
)
v. ) **ORDER TO SEAL**
) **DOCKET ENTRY NUMBER 31**
TERRY WAYNE SHERMAN, )
Defendant. )

Upon Motion of the Defendant, it is hereby ORDERED that Docket Entry Number 31 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

SO ORDERED. This, the \_19\_ day of \_October\_, 2021.

_____Dever_____
JAMES C. DEVER III
United States District Judge