UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:21-CR-070-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER TO SEAL** |
| ) | **[DOCKET ENTRY NUMBER 47]** |
| TERRY SHERMAN ) | |

Upon Motion of the Defendant, it is hereby ORDERED that Docket Entry Number 47 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

SO ORDERED.

This the __8__ day of June, 2022.

JAMES C. DEVER III
United States District Judge