UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:21-CR-070-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TERRY SHERMAN ) | |

This matter comes before the Court on the Defendant's unopposed motion to continue his sentencing hearing. For good cause shown, the motion is hereby GRANTED.

It is ORDERED that the sentencing in this matter shall be set for the

____October 2022____ term of Court.

SO ORDERED.

This the _8_ day of June, 2022.

JAMES C. DEVER III
United States District Judge