UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

Docket No. 7:21-CR-70-1D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| TERRY WAYNE SHERMAN ) | |
| Defendant ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for October 11, 2022, in Raleigh. The case is hereby CONTINUED to November 2022 in Raleigh, North Carolina.

This ___1___ day of __September__ 2022.

_____
James C. Dever III
U.S. District Judge