UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:21-CR-070-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TERRY SHERMAN )<br>)<br>) | **ORDER TO SEAL**<br>**[DOCKET ENTRY NUMBER 55]** |

Upon Motion of the Defendant, it is hereby ORDERED that Docket Entry Number 55 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

SO ORDERED.

This the **28** day of October, 2022.

JAMES C. DEVER III
United States District Judge