IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CR-70-D

UNITED STATES OF AMERICA          )
                                  )
        v.                        )          **ORDER**
                                  )
TERRY WAYNE SHERMAN,              )
                                  )
              Defendant.          )

The court has reviewed defendant's letter of July 27, 2026 [D.E. 112]. The court does not

have a motion from the government. Thus, there is nothing to decide.

SO ORDERED. This _29_ day of July, 2026.

JAMES C. DEVER III
United States District Judge