IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CR-70-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TERRY WAYNE SHERMAN, | ) | |
| | ) | |
| Defendant. | ) | |

On August 25, 2026, the court received a letter from the defendant [D.E. 114]. If the case manager needs a document, the case manager needs to write and ask for it.

SO ORDERED. This 25 day of August, 2026.

J. Dever
JAMES C. DEVER III
United States District Judge